An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC WILLIAM ZESSMAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66275

**FILED**

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to withdraw a guilty plea.[1] Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because appellant's motion challenged the validity of his judgment of conviction and is not incident to the proceedings in trial court, his motion is properly construed as a post-conviction petition for a writ of habeas corpus. *See Harris v. State*, 130 Nev. ___, ___, 329 P.3d 619, 628 (2014). Appellant filed his motion on June 17, 2014, more than 10 years after this court issued the remittitur from his direct appeal on October 21, 2003. *Zessman v. State*, Docket No. 41490 (Order of Affirmance, September 24, 2003). Thus, appellant's motion was untimely filed. *See* NRS 34.726(1). Appellant's motion was also successive and an abuse of the writ because he had previously litigated post-conviction petitions for a

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40394

writ of habeas corpus.[2] *See* NRS 34.810(2)). Therefore, appellant's motion was procedurally barred absent a demonstration of good cause and actual prejudice. *See* NRS 34.726(1); NRS 34.810(3).

Even if appellant could demonstrate cause for the delay, he cannot demonstrate undue prejudice because his underlying claim—that the State never produced an arrest warrant—did not render his guilty plea invalid and did not entitle him to relief. We therefore conclude that the motion was procedurally barred, and we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                          Saitta

cc:    Hon. Michael Villani, District Judge
       Eric William Zessman
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[2]*Zessman v. State*, Docket No. 42099 (Order of Affirmance, June 4, 2004); *Zessman v. State*, Docket No. 44453 (Order of Affirmance, June 15, 2005).